**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RONNIE B. ALFONSO, Staff Captain,**
**et al.,**

      **Plaintiffs,**

**v.**                    **Case No.  8:06-cv-1711-T-30EAJ**

**M/V CASINO ROYALE, etc., et al.,**

      **Defendants.**
_____/

## <u>ORDER OF DISMISSAL</u>

Before the Court is Marinetech Overseas' Notice of Voluntary Dismissal With Prejudice (Dkt. #29), Plaintiff Crewmembers' Notice of Voluntary Dismissal With Prejudice (Dkt. #31) and Crossway Corporation's Notice of Voluntary Dismissal With Prejudice (Dkt. #33).

A review of the file indicates that an Order directing the immediate release of a vessel or property (Dkt. #32) was erroneously by this Court entered on November 6, 2006.  Said Order was previously entered on November 2, 2006, by Magistrate Judge Elizabeth Jenkins. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Order directing the immediate release of a vessel or property (Dkt. #32) erroneously entered on November 6, 2006, is hereby VACATED.

2.     This cause is dismissed with prejudice.

3.      All pending motions are denied as moot.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 8, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-1711.dismissal 29.wpd